| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, Bar #304781 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | ADRIAN NATURE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:15-mj-00110-MJS |
| Plaintiff, | ) ) | MOTION TO VACATE JUNE 27, 2017 |
| vs. | ) ) | REVIEW HEARING; ORDER |
| ADRIAN NATURE, | ) ) | |
| Defendant. | ) ) | |

Defendant Adrian Nature hereby requests that the Court vacate the June 27, 2017 review hearing, as Mr. Nature is in full compliance with the terms of his probation.

On August 11, 2016, the Court sentenced Mr. Nature to twelve months of unsupervised probation, with the conditions that he obey all laws, serve one day in custody with credit for time served, pay a $350 fine, complete thirty-five hours of community service, and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law. Mr. Nature has complied with all conditions of probation.

The government is in agreement with this request.

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 13, 2017

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ADRIAN NATURE

## **O R D E R**

Based on the parties' joint representation that Defendant Nature has fully complied with the conditions of his probation in Case No. 6:15-mj-00110-MJS, the Court vacates the review hearing scheduled for June 26, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: June 14, 2017

/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Nature: Motion to
Vacate Review Hearing

2